**B K**
**L W**    Bienert Katzman
Littrell Williams LLP

May 29, 2026

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**

5/29/26    _John G. Koeltl, U.S.D.J._

**In re:  *United States v. Castle*, No. 26 Cr. 177**

Dear Judge Koeltl:

In connection with the above-captioned matter, and on behalf of our client Jaime Castle, we respectfully submit this letter to request that the Court modify certain travel restrictions in the May 18, 2026 Order Setting Conditions of Release, ECF No. 8 (the "Order").

By way of background, Mrs. Castle was arraigned on May 18, 2026, and released the same day on a $5,000,000 personal recognizance bond co-signed by three financially responsible persons.  Among other conditions, the Order restricted Mrs. Castle's travel to New York, Texas, California, Illinois, Tennessee, Florida, and New Jersey.  The Order also permitted Mrs. Castle to travel to Paris, France from May 19, 2026 through May 25, 2026, and to surrender her passport to Pretrial Services upon her return.  Mrs. Castle has complied and will continue to comply fully with all conditions of her pretrial release.

We respectfully request that the Court modify Mrs. Castle's travel restrictions in the following three respects:

1. Travel to the Eastern District of Pennsylvania

Mrs. Castle's parents reside in southern New Jersey.  When traveling to visit her parents, Mrs. Castle routinely flies into Philadelphia due to convenience and flight availability, which requires her to pass through the Eastern District of Pennsylvania.  Accordingly, we respectfully request that the Court add the Eastern District of Pennsylvania to Mrs. Castle's list of approved travel districts on a continuing basis so that she may travel to and through that district when visiting her family.

2. Travel to the District of Massachusetts

Mrs. Castle's great-grandmother is 102 years old, and her health has been declining.  There is a possibility that Mrs. Castle may need to travel to Massachusetts on short notice depending on her great-grandmother's medical condition.  Accordingly, we respectfully request



May 29, 2026
Page 2

that the Court grant Mrs. Castle permission to travel to the District of Massachusetts as needed, on notice to Pretrial Services, in the event of a family emergency related to her great-grandmother's health.

### 3. Travel to the District of Arizona (June 18-20, 2026)

Mrs. Castle has been asked by a client to attend a professional medical conference in Arizona from June 18 through June 20, 2026. We respectfully request that the Court grant Mrs. Castle permission to travel to the District of Arizona for the limited purpose of attending this conference during those dates.

\*       \*       \*

None of the requested modifications would alter any other condition of Mrs. Castle's release.

We have conferred with the government regarding the instant application, and the government does not oppose the requested modifications. We have also conferred with Mrs. Castle's United States Pretrial Services Officer regarding the instant application, and he does not oppose the requested modifications.

We thank Your Honor for consideration of this request.

Sincerely,

BIENERT KATZMAN
LITTRELL WILLIAMS LLP

Dan Goldman
Anthony R. Bisconti
Colm B. Cross

cc:   AUSA Thomas Burnett by ECF
     AUSA Allison Nichols by ECF

LOS ANGELES  360 E. 2nd St., Suite 625  Los Angeles, CA 90012  (213) 528-3400

ORANGE COUNTY  903 Calle Amanecer, Suite 350  San Clemente, CA 92673  (949) 369-3700